**GIBSON DUNN**

August 22, 2025

Mylan L. Denerstein
Partner
T: +1 212.351.3850
M: +1 718.869.1671
mdenerstein@gibsondunn.com

<u>VIA ELECTRONIC FILING</u>

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/22/2025
```

Re:   *Bhatt et al., v. Christian Dior, Inc. et al.*, No. 25-cv-6205-MKV (S.D.N.Y.)

Dear Judge Vyskocil:

Pursuant to Section 2(G) of this Court's Individual Rules of Practice in Civil Cases, Defendant Christian Dior, Inc. respectfully requests to stay the deadline to respond to Plaintiffs' Class Action Complaint (the "Complaint") filed on July 28, 2025. *See* Dkt. 1. This is the first request for an extension of time to respond to the Complaint and Plaintiffs consent to this request.

Defendant Christian Dior, Inc. was served through the New York Secretary of State on August 4, 2025, and its response to the Complaint is currently due on August 25, 2025. *See* Fed. R. Civ. P. 12(a). The other Defendant in this action, Christian Dior Couture SAS, a foreign corporation, has not yet been served.

On August 8, 2025, Plaintiffs in this action, along with plaintiffs in several recently filed related actions,[1] filed a Motion to Consolidate Actions and Appoint Interim Class Counsel and an Executive Committee in the first-filed case, captioned *Beata Toikach v. Christian Dior, Inc.*, No. 25-cv-6055-JAV (S.D.N.Y. Aug. 8, 2025), Dkt. No. 12 (the "Motion to Consolidate"). This Motion to Consolidate is pending and seeks to (1) consolidate this, and the other related actions, into the first-filed action; (2) appoint Plaintiffs' proposed leadership structure; (3) stay this action and the Defendants' responsive pleading deadlines in this action; and (4) require the filing of a consolidated class action complaint in the proposed lead case. A copy of Plaintiffs' Motion to Consolidate is attached as **Exhibit A**.

Defendant Christian Dior, Inc. respectfully requests that, in light of Plaintiffs' Motion to Consolidate and in the interest of efficiency, its time to answer, move, or otherwise respond to the Complaint in this action be stayed pending a ruling on the Motion to Consolidate. Plaintiffs do not oppose this request.

We thank the Court for its consideration of this request.

---

[1] *Beata Toikach v. Christian Dior, Inc.*, No. 25-cv-6055-JAV (S.D.N.Y.) (first-filed action); *Michael Toikach v. Christian Dior, Inc.*, No. 25-cv-6058-JGK (S.D.N.Y.); *Holland v. Christian Dior, Inc.*, No. 25-cv-6200-RA (S.D.N.Y.), and *Nguyen v. Christian Dior, Inc.*, No. 25-cv-6270-LJL (S.D.N.Y.).

**GIBSON DUNN**

August 22, 2025
Page 2

Respectfully Submitted,

*/s/ Mylan L. Denerstein*
Mylan L. Denerstein

cc:   All Counsel of Record via ECF

**Granted. SO ORDERED.** File a joint status letter within three days of any decision on the motion to consolidate or 30 days of this Order, whichever is sooner.

Date: August 22, 2025
New York, New York

Mary Kay Vyskocil
United States District Judge